## Commonwealth *v.* Seymour, Appellant.

Submitted September 18, 1970. *Frank J. McDonnell,* Assistant Public Defender, for appellant; *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Smith, Appellant.

Submitted September 14, 1970. *Stanley Bashman* and *Michael J. Stack, Jr.,* for appellant; *J. Bruce McKissock,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Smith, Appellant.

Submitted September 23, 1970. *Ben Joseph* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.